PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Frank Corpi                                              Cr.: 95-209

Name of Sentencing Judicial Officer: Honorable John T. Curtin

Date of Original Sentence: 08/12/96

Original Offense: Inducing Persons to Travel Interstate Commerce in Execution of Scheme to Defraud

Original Sentence: 24 month BOP and three years of Supervised Release

Type of Supervision: Supervised Release                Date Supervision Commenced: 07/26/04

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows. The removal of the following special condition:

    The defendant shall perform 150 hours of community service at the direction of the U.S. Probation Office.

## CAUSE

The Interest of Justice and supporting letter to the Court from U.S. Probation Office.

Respectfully submitted,

By: James L. Winkler
U.S. Probation Officer
Date: 09/01/06

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Sept 12, 2006
Date